IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| COREY ANGELO BROWN | : | CIVIL ACTION |
| | : | NO. 10-2050 |
| v. | : | |
| | : | |
| GAIL LEWIS, PHILADELPHIA PAROLE OFFICE AND COLEMAN COMMUNITY CENTER | : | |

ORDER

AND NOW, this 27th day of April, 2011, upon consideration of the motion to dismiss of defendant Gail Lewis and plaintiff's response thereto, it is ORDERED that the motion is DENIED. In accordance with Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, Lewis shall file an answer to the claims set forth against her in the complaint within 14 days from the date of this Order.

                                             *s/Thomas N. O'Neill, Jr.*
                                             THOMAS N. O'NEILL, JR., J.